EMPIRE BUILDING TRUST *et al.* v. MEDLOCK.

EVANS, P. J.  The charge embraced the legal principles alleged to have been omitted; the instruction alleged to have been inapplicable was authorized by the pleading and evidence, and the verdict is supported by the evidence.  There was no abuse of discretion in refusing a new trial.

*Judgment affirmed.   All the Justices concur.*
JUNE 16, 1911.

Action for damages.  Before Judge Ellis.  Fulton superior court.  August 4, 1910.

*Rosser & Brandon* and *Anderson, Felder, Rountree & Wilson,* for plaintiffs in error.  *Reuben R. Arnold* and *James L. Key,* contra.